## CENTRAL OF GA. RY. CO. V. SIMS.

(Decided Dec. 16, 1909.)

APPEAL from Russell Circuit Court.
Heard before Hon. A. A. EVANS.
No counsel marked for either party.
Per curiam. Affirmed on certificate.

---

## HALSELL, ET AL. V. BARNES.

(Decided Dec. 24, 1909.)

APPEAL from Sumter Circuit Court.
Heard before Hon. SAMUEL H. SPROTT.
JAMES A. MITCHELL, for appellant. C. J. BROCK-
AWAY and A. F. VANDEGRAAF, for appellee.
Per curiam. Dismissed for want of prosecution.

---

## LEVINS, ET AL. V. NUSS.

(Decided Dec. 16, 1909.)

APPEAL from Cullman Circuit Court.
Heard before Hon. D. W. SPEAKE.
F. E. ST. JOHNS, for appellant. BROWN & KYLE, for
appellee.
Per curiam. Dismissed on motion of appellee.